IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IAN MURRAY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 17-CV-01847 |
| ) | |
| v. ) | Honorable Michael T. Mason |
| ) | |
| TARGET CORPORATION, a Minnesota ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, IAN MURRAY, and TARGET CORPORATION, a Minnesota Corporation, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice, with each party bearing its own costs and attorney's fees.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter in the event that any party fails to execute any necessary document or to pay the agreed settlement amount and further the Court retains jurisdiction to adjudicate liens or interests of any medical or healthcare provider or any entity claiming an interest in the proceeds of the settlement of this claim.

All future court dates in this matter are stricken from the call.

SO STIPULATED:

Dated: <u>July 16, 2018</u>                                                          Respectfully submitted,


<u>/s/ Matthew M. Popp</u>                                                          <u>/s/ Michele H. Harland</u>
Attorney for plaintiff                                                                   Attorney for defendant
Ian Murray                                                                                 Target Corporation

**O'CONNOR LAW FIRM, LTD.**                                            **Law Office of Frank S. Capuani**
19 S. LaSalle St., Ste. 1400                                                       135 S. LaSalle Street, Suite 2950
Chicago, Illinois 60603                                                              Chicago, IL 60603
P: (312) 906-7609                                                                      P: (312) 917-5291
F: (312) 263-1913                                                                      F: (855) 560-1630
<u>firm@koconnorlaw.com</u>                                                     <u>harlanm@nationwide.com</u>